UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE DANIEL ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. HURRA, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-01601-DAD-AC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. Nos. 2, 4) |

Plaintiff Jermaine Daniel Robinson, an individual in the custody of the state hospital, is proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 26, 2022, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) be denied because "[p]laintiff has made an inadequate showing of indigency in the application before the court." (Doc. No. 4 at 1.) Those pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on September 26, 2022 (Doc. No. 4) are adopted in full;

2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is denied;

3. Within thirty (30) days from the date of service of this order, plaintiff shall pay the $402.00 filing fee in full in order to proceed with this action;

4. Plaintiff's failure to pay the required filing fee as ordered will result in the dismissal of this action; and

5. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **November 3, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE