UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE DANIEL ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. HURRA, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-1601-DAD-AC-P<br><br><br>ORDER |

　　　　Jermaine Daniel Robinson, an individual in the custody of the state hospital, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 23, 2022, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 6.) Plaintiff has not filed objections to the findings and recommendations.

　　　　Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Where

1

1    mail is returned, plaintiff has sixty-three days to notify the court of plaintiff's current
2    address. Local Rule 183(b).  Sixty-three
3    ////
4    days have passed and plaintiff has not provided an updated address.  Pursuant to
5    Local Rule 182(f), service of documents at the record address of the party is fully
6    effective.
7           The court presumes that any findings of fact are correct.  *See Orand v. United*
8    *States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law
9    are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007)
10   ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the
11   district court and [the appellate] court . . . .").  Having reviewed the file, the court finds
12   the findings and recommendations to be supported by the record and by the proper
13   analysis.
14          Accordingly, IT IS HEREBY ORDERED that:
15          1. The findings and recommendations filed December 23, 2022 (ECF No. 6),
16             are adopted in full;
17          2. This action is dismissed without prejudice; and
18          3. The Clerk of the Court is directed to enter judgment and close this case.

     IT IS SO ORDERED.

     Dated:   **April 10, 2023**

                                              Hon. Daniel J. Calabretta
                                              UNITED STATES DISTRICT JUDGE